SHEA, P. J.—This was an action in assumpit by appellants for the balance of deposits made by them in the Bank of North Manchester, a copartnership, of which appellees are the only living members within service of the court. Every question properly presented by the briefs in this case is decided adversely to appellants' contention in the case of *Hornaday* v. *Cowgill* (1913), 54 Ind. App. 631, 101 N. E. 1030. On the authority of that case the judgment in this case is affirmed.

## WHITE ET AL. *v.* BRADFUTE ET AL.

[No. 8,193. Filed February 20, 1914. Rehearing denied May 15, 1914. Transfer denied June 30, 1914.]

From Monroe Circuit Court; *James B. Wilson*, Judge.

Action between Lizzie White and others and Walter S. Bradfute and others. From a judgment for the latter, the former appeal. *Affirmed.*

*Joseph E. Henley* and *Rufus H. East*, for appellants.
*Batman, Miller & Blair*, for appellees.

SHEA, J.—The facts and issues of this case are substantially the same as in the case of *White v. Suggs* (1914), *ante* 572, 104 N. E. 55. On the authority of that case the judgment in this case is affirmed.

## WHITE ET AL. *v.* FIRST NATIONAL BANK ET AL.

[No. 8,194. Filed February 5, 1914. Rehearing denied May 15, 1914. Transfer denied June 30, 1914.]

From Monroe Circuit Court; *James B. Wilson*, Judge.

Action between Lizzie White and others and the First National Bank and others. From a judgment for the latter, the former appeals. *Affirmed.*

*Joseph E. Henley* and *Rufus H. East*, for appellants.
*Batman, Miller & Blair*, for appellees.

FELT, J.—The issues and the controlling facts of this case are substantially the same as in case of *White* v. *Suggs* (1914), *ante* 572, 104 N. E. 55, and on the authority of that case the judgment in this case is affirmed.